B1 (Official Form 1) (1/08)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**Voluntary Petition**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Victore Mechanical Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **74-3224927** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **6737 Poss Road, Suite 301, San Antonio, TX** ZIP CODE **78238** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**

- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [x] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.44.4, ID 3780154977)*

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Victore Mechanical Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ______________________________

Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________

(Name of landlord that obtained judgment)

______________________________

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Victore Mechanical Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________

X ______________________________

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
(Signature of Foreign Representative)

______________________________
(Printed Name of Foreign Representative)

______________________________
Date

### Signature of Attorney*

X **/s/ Morris E. "Trey" White III**
**Morris E. "Trey" White III** Bar No. **24003162**

**Villa & White LLP**
**1100 N.W. Loop 410 Ste. 700**
**San Antonio, Texas 78213**

Phone No. **(210) 225-4500** Fax No. **(210) 212-4649**

12/17/2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Victore Mechanical Inc.**

X **/s/ Shawn Ricehouse**
Signature of Authorized Individual

**Shawn Ricehouse**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**12/17/2009**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Victore Mechanical Inc.** CASE NO

CHAPTER **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is **74-3224927**.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is ____________________.

3. The following financial data is the latest available information and refers to the debtor's condition on **11/9/2009**.

a. Total Assets **$1,075,602.00**

b. Total Liabilities **$1,145,565.00**

| **Secured debt** | **Amounts** | **Approximate number of holders** |
|---|---|---|
| Fixed, liquidated secured debt | | |
| Contingent secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | | |
| Contingent unsecured debt | | |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | **100** | **1** |

***Comments, if any***

4. Brief description of debtor's business:
*Commercial HVAC installation*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Victore Mechanical Inc.**

CASE NO

CHAPTER **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

   *Shawn Ricehouse*

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

I, **Shawn Ricehouse**, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: **12/17/2009**

Signature: **/s/ Shawn Ricehouse**
***Shawn Ricehouse***
**President**

**Scanned Document #1**

8:26 AM
11/03/09
Accrual Basis

## Victore Mechanical, Inc.
## Balance Sheet
### As of November 3, 2009

| | | Nov 3, 09 |
|---|---|---|
| ASSETS | | |
| Current Assets | | |
| Checking/Savings | | |
| Broadway Bank - Operating Acct | | 901.37 |
| Jefferson State Bank-10095206 | | 62,323.29 |
| Total Checking/Savings | | 63,224.66 |
| Accounts Receivable | | |
| Accounts Receivable | | 918,534.13 |
| Total Accounts Receivable | | 918,534.13 |
| Total Current Assets | | 981,758.79 |
| Fixed Assets | | |
| Other Fixed Assets | | |
| Computers and Office Equipment | 793.44 | |
| Total Other Fixed Assets | | 793.44 |
| Vehicles | | |
| Truck-2008 Titan 4-Cost | -65.76 | |
| Total Vehicles | | -65.76 |
| Total Fixed Assets | | 727.68 |
| Other Assets | | |
| Lease Deposit | | 1,800.00 |
| Stockholder Loans | | 91,315.64 |
| Total Other Assets | | 93,115.64 |
| TOTAL ASSETS | | 1,075,602.11 |
| LIABILITIES & EQUITY | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| Accounts Payable | | 827,091.01 |
| Total Accounts Payable | | 827,091.01 |
| Other Current Liabilities | | |
| Curr LTD-NMAC-07 Titan | | 3,000.00 |
| Curr LTD-NMAC-08 Titan 1 | | 3,000.00 |
| Curr LTD-NMAC-08 Titan 2 | | 3,000.00 |
| Curr LTD-NMAC-08 Titan 3 | | 3,000.00 |
| Federal Income Taxes Payable | | -6,067.00 |
| Payroll Liabilities | | |
| Child Support | 5,286.47 | |
| Federal Taxes Liablities | 131,437.54 | |
| FUTA Payable | | |
| 2007 FUTA Payable balance | -818.99 | |
| FUTA Payable - Other | 7,050.29 | |
| Total FUTA Payable | 6,231.30 | |
| Levy - Stailey | 545.00 | |
| Medicare tax liability | 35,637.98 | |
| Misc. Employee Deduction | 3,358.94 | |
| Payroll Tax Deposit | -12,633.02 | |
| Social Security Liability | 151,576.76 | |
| TWC Payable | -2,225.42 | |
| Payroll Liabilities - Other | -4,865.89 | |
| Total Payroll Liabilities | | 314,349.66 |
| Sales Tax Payable | | -297.70 |
| 2110 · Direct Deposit Liabilities | | -1,510.62 |
| Total Other Current Liabilities | | 318,474.34 |

# Scanned Document #1

8:26 AM
11/03/09
Accrual Basis

## Victore Mechanical, Inc.
## Balance Sheet
### As of November 3, 2009

| | Nov 3, 09 |
|---|---|
| Total Current Liabilities | 1,145,565.35 |
| Long Term Liabilities | |
| NMAC-Nissan 2005 Titan | 505.81 |
| Total Long Term Liabilities | 505.81 |
| Total Liabilities | 1,146,071.16 |
| Equity | |
| Additional Paid In Capital | 106,552.39 |
| Capital Stock | 100.00 |
| Retained Earnings | -127,310.57 |
| Net Income | -49,810.87 |
| Total Equity | -70,469.05 |
| **TOTAL LIABILITIES & EQUITY** | **1,075,602.11** |

# Scanned Document #1

8:26 AM
11/03/09
Accrual Basis

## Victore Mechanical, Inc.
## Profit & Loss
### January through December 2009

| | | Jan - Dec 09 |
|---|---|---|
| Advertising and Promotion | | 1,918.02 |
| Bad Debt | | 1,148.49 |
| Bank Service Charges | | 4,726.80 |
| Computer and Internet Expenses | | 3,396.98 |
| Continuing Education | | 0.00 |
| Depreciation Expense | | |
| Depr Exp-2006 Ford F150 | 1,532.00 | |
| Depr Exp-2008 Titan 4 | 432.56 | |
| Total Depreciation Expense | | 1,964.56 |
| Dues and Subscriptions | | 215.98 |
| Finance Charges | | 24.37 |
| Insurance Expense | | |
| Bonding Insurance | 100.00 | |
| General Liability Insurance | 4,581.80 | |
| Health Insurance | -261.41 | |
| Insurance-Other | 1,477.01 | |
| Insurance Expense - Other | 740.00 | |
| Total Insurance Expense | | 6,637.40 |
| Interest Expense | | |
| Int Exp-06 Ford F150 | 1,022.15 | |
| Int Exp-NMAC 05 Nissan Titan | 119.91 | |
| Int Exp-NMAC 07 Nissan Titan | 518.40 | |
| Int Exp-NMAC 08 Titan 1 | 374.88 | |
| Int. Exp-NMAC 08 Titan 4 | 457.94 | |
| Interest Expense - Other | 349.87 | |
| Total Interest Expense | | 2,843.15 |
| Janitorial Expense | | 595.00 |
| Office Supplies | | 1,003.37 |
| Parking and Tolls | | 11.80 |
| Payroll Expenses-Office | | 55,962.82 |
| Penalty and Interest | | 415.12 |
| Postage and Delivery | | 1,259.05 |
| Printing and Reproduction | | 0.00 |
| Professional Fees | | |
| Prof Fees-Legal | 21,620.36 | |
| Prof Fees-Other | 42,599.85 | |
| Total Professional Fees | | 64,220.21 |
| Reimbursed Expenses | | 532.52 |
| Rent Expense | | 53,559.50 |
| Repairs and Maintenance | | 135.15 |
| Safety | | 3,718.46 |
| Sanitation | | 279.88 |
| Subcontractors Office Personnel | | 3,238.24 |
| Taxes - Property | | 100.00 |
| Telephone Expense | | 10,102.73 |
| Travel and Entertainment | | |
| Travel | 800.00 | |
| Total Travel and Entertainment | | 800.00 |
| Utilities | | |
| Gas and Electric | 9,570.75 | |
| Total Utilities | | 9,570.75 |
| 66900 · Reconciliation Discrepancies | | -0.01 |
| Total Expense | | 228,380.34 |
| Net Ordinary Income | | -72,040.73 |
| Other Income/Expense | | |
| Other Income | | |
| Interest Income Employee L & A | | 22.50 |

**Scanned Document #1**

8:26 AM
11/03/09
Accrual Basis

## Victore Mechanical, Inc.
## Profit & Loss
### January through December 2009

| | Jan - Dec 09 |
|---|---|
| Total Other Income | 22.50 |
| Other Expense | |
| Bad Debt Expense | 14,592.64 |
| Total Other Expense | 14,592.64 |
| Net Other Income | -14,570.14 |
| Net Income | **-86,610.87** |

# Scanned Document #1

Form **1120** Department of the Treasury Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2008 or tax year beginning ________, 2008, ending ________, ______

► See separate instructions.

OMB No. 1545-0123 **2008**

**A Check if:**
1 a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co (attach Sch PH) ☐
3 Personal service corp (see instr) ☐
4 Schedule M-3 attached ☐

Use IRS label. Otherwise, print or type.

Name: Victore Mechanical, Inc.
Number, street, and room or suite number. If a P.O. box, see instructions.: 6737 Poss Road, Suite 301
City or town: San Antonio state: TX ZIP code: 78238

**B** Employer identification number: 74-3224927
**C** Date incorporated: 07/18/2007
**D** Total assets (see instructions): $ 289,362.

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

**INCOME**

| Line | Description | Amount |
|---|---|---|
| 1 a | Gross receipts or sales 4,670,966. b Less returns & allowances ______ c Balance ► | 1c 4,670,966. |
| 2 | Cost of goods sold (Schedule A, line 8) | 3,691,752. |
| 3 | Gross profit. Subtract line 2 from line 1c | 979,214. |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest | 2,559. |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (see instructions — attach schedule) | |
| 11 | **Total income.** Add lines 3 through 10 ► | 981,773. |

**DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS)**

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 108,500. |
| 13 | Salaries and wages (less employment credits) | 516,120. |
| 14 | Repairs and maintenance | 3,999. |
| 15 | Bad debts | |
| 16 | Rents | 43,859. |
| 17 | Taxes and licenses | 156,767. |
| 18 | Interest | 6,161. |
| 19 | Charitable contributions | |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 65,517. |
| 21 | Depletion | |
| 22 | Advertising | 15,120. |
| 23 | Pension, profit-sharing, etc, plans | |
| 24 | Employee benefit programs | 22,449. |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach schedule) . See Other Deductions Statement | 189,098. |
| 27 | **Total deductions.** Add lines 12 through 26 ► | 1,127,590. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | -145,817. |
| 29 | **Less:** a Net operating loss deduction (see instructions) 29a ______ b Special deductions (Schedule C, line 20) 29b ______ | 29c |

**TAX, REFUNDABLE CREDITS, AND PAYMENTS**

| Line | Description | Amount |
|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | -145,817. |
| 31 | **Total tax** (Schedule J, line 10) | |
| 32 a | 2007 overpayment credited to 2008 32a | |
| b | 2008 estimated tax payments 32b | |
| c | 2008 refund applied for on Form 4466 32c d Bal ► 32d | |
| e | Tax deposited with Form 7004 32e | |
| f | Credits: (1) Form 2439 ______ (2) Form 4136 ______ 32f | |
| g | Refundable credits from Form 3800, line 19c, and Form 8827, line 8c 32g | 32h |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | |
| 34 | **Amount owed.** If line 32g is smaller than the total of lines 31 and 33, enter amount owed | |
| 35 | **Overpayment.** If line 32g is larger than the total of lines 31 and 33, enter amount overpaid | |
| 36 | Enter amount from line 35 you want: Credited to 2009 estimated tax ► Refunded ► | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► [signature] Signature of officer — Date: 03/10/09 — ► Title: President

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature ► [signature] — Date: [handwritten] — Check if self-employed ☐ — Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ► Self-Prepared — EIN — Phone no.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Victore Mechanical Inc.**

CASE NO

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 12/17/2009

Signature **/s/ Shawn Ricehouse**
***Shawn Ricehouse***
***President***

Date ____________

Signature ____________

A Plus Plumbing
197 CR 530
Hondo, TX 78861

A.C. Industrial, Inc.
P.O. Drawer 266
Huntsville, AL 35804-0266

AC Plumbing Supply, Inc. (HOUSTON)
PO Box 690253
Houston, TX 77269

Allied Insurance
3820 109th Si.
Des Moines, IA 50394

Ameri-Tex Services-Cubicled Division
P. O. Box 682
Whitehouse, TX 75791

Amsco Steel Company
P.O. Box 202622
Dallas, TX 75320-2622

AT&T Yellow Pages
P.O. Box 630052
Dallas 75263-0052, TX 75263-0052

Attorney General of the United States
Main Justice Bldg; Room 5111
10th and Constitution Ave. NW
Washington, D.C. 20530

Baker, Donelson, Bearman, Caldwell &Berk
211 Commerce St
Baker, Donelson, Bearman, Caldwell &Berk
Nashville, TN 37201

Beaumont Emergency Medicine
9301 S Western
Oklahoma City, OK 73139

Blue Cross/Blue Shield
P.O. Box 1188
Chicago, IL , IL 60690-1186

Carrier Sales & Distribution, LLC
P.O. Box 73037
Dallas, TX 75373-0307

Central Transport
P.O. Box 33299
Detroit, MI 48232

Cisco, Inc.
1702 Townhurst Drive
Houston, TX 77043

City Electric Supply #470
6737 Poss Rd. #200
Leon Valley, TX 78238

CLS Technologies Inc
5365 First Street
Katy, TX 77493

Coburn's Beaumont-Bowie (1)
1000 Bowie Street
Beaumont, TX 77701

Consolidated Electrical Distributors, In
102 E. Josephine St
San Antonio, TX 78239

Curtis Steel Co. Ltd.
P.O. Box 7469
Houston, TX 77248-7469

DAHILL
P.O. Box 314
San Antonio, TX 78292-0314

East Texas Medical Center
P.O. Box 7000 Tyler, Tx 75711
Tyler, TX 75711

Elliott Electric Supply
2526 North Stallings Drive Nacodoches, T
Nacodoches, TX 75964

Emergency Phys Prof Assoc
P.O. Box 62022 Houston, TX 77205
Houston, TX 77205

Falcon Storage
P.O. Box 142714 Austin, TX 78714
Austin, TX 78714

Ferguson Enterprises
P.O. Box 847411 Dallas, TX 75284-7411
Ferguson Enterprises #454
Dallas, TX , TX 75284-7411

Ford Credit
P.O. Box 650575 Dallas, TX 75265
Dallas, TX 75265

Graybar Electric
P.O Box 840458
Dallas, TX 75284

Graybar Electric Company, Inc.
1922 Waukesha Drive
Pfugerville, TX 78660

H & E Equipment Services
5433 Randolph Blvd.
San Antonio, TX 78236

HEB CHECK SERVICES
PO BOX 101513
SAN ANTONIO, TX 78201-9513

HENRICHSEN SIEGEL , P.L.L.C.
1648 Osceola Street
Jacksonville, FL 32204

HENRY RODRIGUEZ
14006 Hershe St
Houston, TX 77015

Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029

Houston Chronicle
PO Box 80085
Prescott, AZ 86304-8085

INNOVATIVE MERCHANT SOLUTION
21215 BURBANK BLVD SUITE 100
WOODLAND HILLS, CA 91367

Insco Distributing, Inc.
2403 Freedom Dr.
San Antonio, TX 78217

Internal Revenue Service
300 E. 8th St. STOP5026AUS
Special Procedures- Insolvency
Austin, TX 78701

James D. Rosenblatt
The Rosenblatt Law Firm, P.C.
4103 Parkdale Street
San Antonio, TX 78229

Johnson Controls, Inc
P.O. Box 7300068
Dallas, TX 75373-0068

Johnson Supply
P.O. Box 4481 MSC #500
Houston, TX 77210

Johnstone Supply
610 Atlantis Rd.
Melbourne, FL 32904-2315

Julibea's Small Business Consulting
P. O. Box 5430
San Antonio, TX 78201-9998

Julio Domingues
2014 7th Street
Galena Park, TX 77547

KC Windustrial Company
4400 E. 12th Street
Kansas City, MO. 64127

L.I.S.A. Laser Images of San Antonio DBA
12020 Warfield Street
San Antonio, TX 78216

Labor Ready
P.O. Box 676412
Dallas, TX 75267-6412

Larry Little
6737 Poss Rd.
San Antonio, TX 78238

Lashley South Texas
130 A Interloop
San Antonio, TX , TX 78216

Law Offices of Robert M. Fitzgerald
1219 FM 314
Van, TX 75790

Lennox Industries
P.O. Box 910549
Dallas, TX 75391-0549

Lone Star Reprographics
228 W. Nakoma
San Antonio,, TX 78216

Luciano Olivarez
9157 Scapular
Corpus Christi, TX 78410

Mario Martinez
1626 Evesham
Houston, TX 77015

Medina Community Hospital
3100 Avenue E
Hondo, TX 78861-3534

Memorial Hermann Bapt Bmt.
PO Box Carlsbad Rio
San Antonio, TX 78233

Mercury Insurance
7301 Northwest Expressway
Oklahoma City, OK 73132

Michelle Massey
4400 Manor Dr. # 45
Kountze, TX 77625

Mobile Mini I, Inc.
VWA PO Box 4155
Sarasota, FL 34230

Naylor
PO Box 847865
Dallas, TX 75284-7865

NMAC
P.O. Box 650680
Sallas, TX 75265-0680

NMAC
P.O. Box 650680
Dallas, TX 75265-0680

NMAC
P. O. Box 650680
Dallas, TX 75265-0680

Office Depot
PO Box 689020
Des Monies, IA 50368

Ozarka #215
P.o. Box 856680
Louisville, KY 40285-6680

Pacesetter
P.O. Box 684005
Houston, TX 77268-4005

Pasha Management, Inc.
10447 Roselle Street Suite 1
San Diego, CA 92121

Patrick Walker
1230 Trinny Ave.
Port Arthur, TX 77642

Personnel Concepts

Printer Solutions
12020 Warfield
San Antonio, TX 78216

QuickBooks Payroll Service

QuickPen Internationa
P.O. Box 102797
Atlanta, GA 30368-2797

R&K Metal Shop, Inc.
10448 Gulfdale, #5
San Antonio, TX 78216

Ranger Eletrical Inc
19420 CR 1332
Flint, TX 75762

Rexel Electrical & Datacom Products
1818 CApital Drive Tyler, Texas 75701
Tyler, TX 75701

Ruiz Cash-N-Carry Co.
c/o Sergio A. Trevino
The Trevino Law Firm
4901 Irvington Blvd.
Houston, TX 77009

Safeco Insurance
PO BOX 6486
CAROL STREAM, IL 60197

San Antonio Express News
P.O. Box 2925
San Antonio, TX 78299-2925

SAN JACINTO HOSPITAL
San Jacinto Methodist Dept 31301
PO Box 3130
Houston, TX 77253

Service Lloyds Insurance Company
P.O.Box 33667
San Antonio, TX 78265

Shamshuda Hassam
c/o Richard J. Presutti
525 N. Sam Houston, Pkway, Ste 255
Houston, TX 77060

Siemens Building Technologies, Inc.
12001 Network Blvd. #318
San Antonio, TX 78249

Smth, Keith
13445 Rainwood Rd
Omaha, NE 68142

Sunbelt Rentals
10323 Cross Creek BLVD ""F""
Tampa, FL 33647

Sunstate Equipment Co
P. O. Box 52581
Phoenix, AZ 85072-2581

Texas Air Systems
6029 W. Campus Cir Dr. #100
Irving TX 75063

Texas Med Clinic
13722 Embassy Row
San Antonio, TX 78216

THE TREVINO LAW FIRM
4901 Irvington Blvd
Houston, TX 77009

Tower Plumbing Co., Inc.
14818 Juan Street
Houston, TX 77085

Trane
P.O. Box 845053
Dallas, TX 75284-5053

Trojan Labor Accounts
c/o Richard M. Davenport
5115 Maryland Way
Brentwood, TN 37027

Troy Brogdem
14029 Henry Rd. #12
Houston, TX 77060

WINN Material, LLC
800 Barge Point Rd.
Clarksville, TN 37042

U.S. Department of Justice
U.S. Attorney Texas - Western
Attn: Bankruptcy
601 NW Loop 410, Suite 600
San Antonio, TX 78216-5512

Wright Express
PO Box 6293
Carol Stream, IL 60197-6293

United Rentals
United Rentals (North America), Inc. Fil
Los Angeles, CA 90074-1122

You Name It Specialties, Inc
Cheryl Parks 4730
San Antoni0, TX 78249

United Tool & Fastener
P.O. Box 38951
Houston, TX 77238-8951

Urban School Wear
2902 W. Commerce St.
San Antonio, TX 78207

Victore Mechanical Inc.
6737 Poss Road
Suite 301
San Antonio, Texas 78238

Warrior Electric, Inc.
3401 Liberty Rd
Houston, , TX 77026

Waste Manangement
PO Box 78251
Phoenix, AZ 85062-8251

Way Service Ltd.
P.O. Box 36530
Houston, TX 77236

WILL'S PLUMING & TESTING SERVICE
318 E. Nakoma Whse. #3 6
San Antonio, TX 78216