**B9F ALT (Official Form 9F ALT)** (Chapter 11 Corporation/Partnership Asset Case) (12/07)     Case Number **09–54945–rbk**

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

## Order Combined With Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 12/17/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Victore Mechanical Inc.
6737 Poss Road
Suite 301
San Antonio, TX 78238

| Case Number:<br>09–54945–rbk | Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN:<br>74–3224927 |
|---|---|

Attorney for Debtor(s) (name and address):
Morris E. "Trey" White III
Villa & White LLP
1100 NW Loop 410, Suite 700
San Antonio, TX 78213
Telephone number: (210) 225–4500

## Meeting of Creditors:

Date: **January 25, 2010**      Time: **08:30 AM**
Location: **San Antonio Room 333, U.S. Post Office Bldg., 615 E. Houston St., San Antonio, TX 78205**

## Deadlines to File a Proof of Claim:

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **4/26/10**

For a governmental unit: *not later than 180 days after the date of the order for relief.*

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>P. O. BOX 1439<br>SAN ANTONIO, TX 78295–1439<br><br>Telephone number: (210) 472–6720 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>George D. Prentice II<br><br>*George Prentice* |
|---|---|
| Hours Open: Monday – Friday    8:00 AM – 4:00 PM | Date: 12/18/09 |

**EXPLANATIONS** FORM B9F(Alt.)(10/05)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor or debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named on this notice, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. **FAILURE OF THE DEBTOR OR HIS ATTORNEY TO APPEAR AT THE SECTION 341(a) MEETING OR TO TIMELY FILE SCHEDULES AND STATEMENT OF AFFAIRS MAY RESULT IN DISMISSAL, DENIAL OF THE DEBTOR'S DISCHARGE, OR OTHER APPROPRIATE RELIEF.** |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, or you might not be paid any money on your claim against the debtor in the bankruptcy case. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Pursuant to Local Rule 3002(a)&(b) proof of claim or proof of interest shall be filed in duplicate, complete with attachments. A copy with attachments shall be served on the debtor's attorney or on the debtor if pro se. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code &sect; 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. Registered electronic users should file through our *Case Management/Electronic Case Files (CM/ECF)* Internet site (https://ecf.txwb.uscourts.gov/). You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or via the Internet if you have a *CM/ECF PACER subscription*. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**–– Refer to Other Side for Important Deadlines and Notices ––**

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Western District of Texas | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Victore Mechanical Inc. | Case Number: 09-54945-rbk |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate     ☐ Motor Vehicle     ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any:** $_____ **Basis for perfection:** _____

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (12/08) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____   _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0542-5           User: rodriguez              Page 1 of 2                    Date Rcvd: Dec 18, 2009
Case: 09-54945                 Form ID: B9F                 Total Noticed: 103

The following entities were noticed by first class mail on Dec 20, 2009.
db         +Victore Mechanical Inc.,    6737 Poss Road,   Suite 301,    San Antonio, TX 78238-2298
aty        +Morris E. "Trey" White, III,    Villa & White LLP,    1100 NW Loop 410, Suite 700,
             San Antonio, TX 78213-2258
14316134   +A Plus Plumbing,    197 CR 530,   Hondo, TX 78861-5405
14316135    A.C. Industrial, Inc.,    P.O. Drawer 266,   Huntsville, AL 35804-0266
14316136   +AC Plumbing Supply, Inc. (HOUSTON),    PO Box 690253,    Houston, TX 77269-0253
14316140    AT&T Yellow Pages,    P.O. Box 630052,   Dallas 75263-0052, TX 75263-0052
14316137   +Allied Insurance,    3820 109th Si.,   Des Moines, IA 50322-8106
14316138   +Ameri-Tex Services-Cubicled Division,    P. O. Box 682,    Whitehouse, TX 75791-0682
14316139    Amsco Steel Company,    P.O. Box 202622,   Dallas, TX 75320-2622
14316141   +Attorney General of the United States,    Main Justice Bldg; Room 5111,
             10th and Constitution Ave. NW,    Washington, D.C 20530-0001
14316142   +Baker, Donelson, Bearman, Caldwell &Berk,    211 Commerce St,
             Baker, Donelson, Bearman, Caldwell &Berk,    Nashville, TN 37201-1806
14316143   +Beaumont Emergency Medicine,    9301 S Western,   Oklahoma City, OK 73139-2728
14316144   +Blue Cross/Blue Shield,    P.O. Box 1188,   Chicago, IL , IL 60690-1188
14316149   +CLS Technologies Inc,    5365 First Street,   Katy, TX 77493-2506
14316145    Carrier Sales & Distribution, LLC,    P.O. Box 73037,    Dallas, TX 75373-0307
14316146   +Central Transport,    P.O. Box 33299,   Detroit, MI 48232-5299
14316147   +Cisco, Inc.,    1702 Townhurst Drive,   Houston, TX 77043-2811
14316148   +City Electric Supply #470,    6737 Poss Rd. #200,   Leon Valley, TX 78238-2298
14316150   +Coburn's Beaumont-Bowie (1),    1000 Bowie Street,    Beaumont, TX 77701-2701
14316151   +Consolidated Electrical Distributors, In,    102 E. Josephine St,    San Antonio, TX 78215-1123
14316152    Curtis Steel Co. Ltd.,    P.O. Box 7469,   Houston, TX 77248-7469
14316153    DAHILL,    P.O. Box 314,   San Antonio, TX 78292-0314
14316154   +East Texas Medical Center,    P.O. Box 7000 Tyler, Tx 75711,    Tyler, TX 75711-7000
14316155   +Elliott Electric Supply,    2526 North Stallings Drive Nacodoches, T,    Nacodoches, TX 75964-1201
14316156   +Emergency Phys Prof Assoc,    P.O. Box 62022 Houston, TX 77205,    Houston, TX 77205-2022
14316157   +Falcon Storage,    P.O. Box 142714 Austin, TX 78714,   Austin, TX 78714-2714
14316158    Ferguson Enterprises,    P.O. Box 847411 Dallas, TX 75284-7411,    Ferguson Enterprises #454,
             Dallas, TX , TX 75284-7411
14316160   +Graybar Electric,    P.O Box 840458,   Dallas, TX 75284-0458
14316161   +Graybar Electric Company, Inc.,    1922 Waukesha Drive,    Pfugerville, TX 78660-2033
14316162   +H & E Equipment Services,    5433 Randolph Blvd.,   San Antonio, TX 78233-6212
14316163    HEB CHECK SERVICES,    PO BOX 101513,   SAN ANTONIO, TX 78201-9513
14316164   +HENRICHSEN SIEGEL , P.L.L.C.,    1648 Osceola Street,    Jacksonville, FL 32204-4302
14316165   +HENRY RODRIGUEZ,    14006 Hershe St,   Houston, TX 77015-4634
14316166    Home Depot,    P.O. Box 6029,   The Lakes, NV 88901-6029
14316167    Houston Chronicle,    PO Box 80085,   Prescott, AZ 86304-8085
14316168   +INNOVATIVE MERCHANT SOLUTION,    21215 BURBANK BLVD SUITE 100,    WOODLAND HILLS, CA 91367-6607
14316169   +Insco Distributing, Inc.,    2403 Freedom Dr.,   San Antonio, TX 78217-4499
14316171   +James D. Rosenblatt,    The Rosenblatt Law Firm, P.C.,    4103 Parkdale Street,
             San Antonio, TX 78229-2520
14316172    Johnson Controls, Inc,    P.O. Box 7300068,   Dallas, TX 75373-0068
14316173   +Johnson Supply,    P.O. Box 4481 MSC #500,   Houston, TX 77210-4481
14316174    Johnstone Supply,    610 Atlantis Rd.,   Melbourne, FL 32904-2315
14316175   +Julibea's Small Business Consulting,    P. O. Box 5430,    San Antonio, TX 78201-0430
14316176   +Julio Domingues,    2014 7th Street,   Galena Park, TX 77547-2824
14316177   +KC Windustrial Company,    4400 E. 12th Street,   Kansas City, MO 64127-1619
14316178   +L.I.S.A. Laser Images of San Antonio DBA,    12020 Warfield Street,    San Antonio, TX 78216-3217
14316179    Labor Ready,    P.O. Box 676412,   Dallas, TX 75267-6412
14316180   +Larry Little,    6737 Poss Rd.,   San Antonio, TX 78238-2298
14316181   +Lashley South Texas,    130 A Interloop,   San Antonio, TX , TX 78216-7042
14316182   +Law Offices of Robert M. Fitzgerald,    1219 FM 314,   Van, TX 75790-4409
14316183    Lennox Industries,    P.O. Box 910549,   Dallas, TX 75391-0549
14316184    Lone Star Reprographics,    228 W. Nakoma,   San Antonio,, TX 78216
14316185   +Luciano Olivarez,    9157 Scapular,   Corpus Christi, TX 78406-1523
14316186   +Mario Martinez,    1626 Evesham,   Houston, TX 77015-1805
14316187   +Medina Community Hospital,    3100 Avenue E,   Hondo, TX 78861-3599
14316188    Memorial Hermann Bapt Bmt.,    PO Box Carlsbad Rio,    San Antonio, TX 78233
14316189   +Mercury Insurance,    7301 Northwest Expressway,   Oklahoma City, OK 73132-1501
14316190   +Michelle Massey,    4400 Manor Dr. # 45,   Kountze, TX 77625-7416
14316191    Mobile Mini I, Inc.,    VWA PO Box 4155,   Sarasota, FL 34230
14316194    NMAC,    P.O. Box 650680,   Dallas, TX 75265-0680
14316193    NMAC,    P.O. Box 650680,   Sallas, TX 75265-0680
14316192    Naylor,    PO Box 847865,   Dallas, TX 75284-7865
14316196   +Office Depot,    PO Box 689020,   Des Monies, IA 50368-9020
14316197    Ozarka #215,    P.o. Box 856680,   Louisville, KY 40285-6680
14316198    Pacesetter,    P.O. Box 684005,   Houston, TX 77268-4005
14316199   +Pasha Management, Inc.,    10447 Roselle Street Suite 1,    San Diego, CA 92121-1559
14316200   +Patrick Walker,    1230 Trinny Ave.,   Port Arthur, TX 77642-1622
14316202   +Printer Solutions,    12020 Warfield,   San Antonio, TX 78216-3217
14316204    QuickPen Internationa,    P.O. Box 102797,   Atlanta, GA 30368-2797
14316205   +R&K Metal Shop, Inc.,    10448 Gulfdale, #5,   San Antonio, TX 78216-4154
14316206   +Ranger Eletrical Inc,    19420 CR 1332,   Flint, TX 75762-9537
14316207   +Rexel Electrical & Datacom Products,    1818 CApital Drive Tyler, Texas 75701,
             Tyler, TX 75701-8488
14316208   +Ruiz Cash-N-Carry Co.,    c/o Sergio A. Trevino,    The Trevino Law Firm,    4901 Irvington Blvd.,
             Houston, TX 77009-2728
14316211   +SAN JACINTO HOSPITAL,    San Jacinto Methodist Dept 31301,    PO Box 3130,    Houston, TX 77253-3130
14316209   +Safeco Insurance,    PO BOX 6486,   CAROL STREAM, IL 60197-6486
14316210    San Antonio Express News,    P.O. Box 2925,   San Antonio, TX 78299-2925
14316212   +Service Lloyds Insurance Company,    P.O.Box 33667,   San Antonio, TX 78265-3667
```

```
District/off: 0542-5          User: rodriguez           Page 2 of 2           Date Rcvd: Dec 18, 2009
Case: 09-54945                Form ID: B9F              Total Noticed: 103

14316213     +Shamshuda Hassam,    c/o Richard J. Presutti,    525 N. Sam Houston, Pkway, Ste 255,
               Houston, TX 77060-4017
14316214     +Siemens Building Technologies, Inc.,    12001 Network Blvd. #318,    San Antonio, TX 78249-3352
14316215     +Smth, Keith,    13445 Rainwood Rd,    Omaha, NE 68142-4282
14316216     +Sunbelt Rentals,    10323 Cross Creek BLVD ''F'',    Tampa, FL 33647-2988
14316217      Sunstate Equipment Co,    P. O. Box 52581,    Phoenix, AZ 85072-2581
14316220     +THE TREVINO LAW FIRM,    4901 Irvington Blvd,    Houston, TX 77009-2728
14316218     +Texas Air Systems,    6029 W. Campus Cir Dr. #100,    Irving TX 75063-2768
14316219     +Texas Med Clinic,    13722 Embassy Row,    San Antonio, TX 78216-2000
14316221     +Tower Plumbing Co., Inc.,    14818 Juan Street,    Houston, TX 77085-1004
14316222      Trane,    P.O. Box 845053,    Dallas, TX 75284-5053
14316223     +Trojan Labor Accounts,    c/o Richard M. Davenport,    5115 Maryland Way,
               Brentwood, TN 37027-7512
14316224     +Troy Brogdem,    14029 Henry Rd. #12,    Houston, TX 77060-5642
14316225      U.S. Department of Justice,    U.S. Attorney Texas - Western,    Attn: Bankruptcy,
               601 NW Loop 410, Suite 600,    San Antonio, TX 78216-5512
14316226      United Rentals,    United Rentals (North America), Inc. Fil,    Los Angeles, CA 90074-1122
14316227      United Tool & Fastener,    P.O. Box 38951,    Houston, TX 77238-8951
14316228     +Urban School Wear,    2902 W. Commerce St.,    San Antonio, TX 78207-3762
14316229     +Victore Mechanical Inc.,    6737 Poss Road,    Suite 301,    San Antonio, Texas 78238-2298
14316233      WILL'S PLUMING & TESTING SERVICE,    318 E. Nakoma Whse. #3 6,    San Antonio, TX 78216
14316234     +WINN Material, LLC,    800 Barge Point Rd.,    Clarksville, TN 37042-4163
14316230     +Warrior Electric, Inc.,    3401 Liberty Rd,    Houston, , TX 77026-6240
14316231      Waste Management,    PO Box 78251,    Phoenix, AZ 85062-8251
14316232     +Way Service Ltd.,    P.O. Box 36530,    Houston, TX 77236-6530
14316235      Wright Express,    PO Box 6293,    Carol Stream, IL 60197-6293
14316236      You Name It Specialties, Inc,    Cheryl Parks 4730,    San Antoni0, TX 78249

The following entities were noticed by electronic transmission on Dec 18, 2009.
ust           E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov                         United States Trustee - SA12,
               US Trustee's Office,    615 E Houston, Ste 533,    PO Box 1539,    San Antonio, TX  78295-1539
14316159     +EDI: FORD.COM Dec 18 2009 18:13:00       Ford Credit,    P.O. Box 650575 Dallas, TX 75265,
               Dallas, TX 75265-0575
14316170      EDI: IRS.COM Dec 18 2009 18:08:00       Internal Revenue Service,    300 E. 8th St. STOP5026AUS,
               Special Procedures- Insolvency,    Austin, TX 78701
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14316201      Personnel Concepts
14316203      QuickBooks Payroll Service
14316195*     NMAC,    P. O. Box 650680,    Dallas, TX 75265-0680
                                                                                   TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2009**          **Signature:**   *Joseph Speetjens*